NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**PRICEPLAY, INC. (FORMERLY PERFORMANCE PRICING, INC.),**
*Plaintiff-Appellant,*

v.

**GOOGLE, INC.,**
*Defendant-Appellee,*

**and**

**AOL, LLC,**
*Defendant-Appellee.*

―――――――――

2010-1306

―――――――――

Appeal from the United States District Court for the Eastern District of Texas in No. 07-CV-0432, Chief Judge Randall R. Rader, sitting by designation.

―――――――――

**JUDGMENT**

―――――――――

RICHARD E. LYON, III, Dovel & Luner, LLP, of Santa Monica, California, argued for plaintiff-appellant. With him on the brief was GREGORY S. DOVEL.

DAVID A. PERLSON, Quinn Emanuel Urquhart & Sullivan, LLP, of San Francisco, California, argued for defendant-appellee Google, Inc. With him on the brief were CHARLES K. VERHOEVEN, EMILY C. O'BRIEN and ANTONIO R. SISTOS.

ROBERT L. BURNS, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, for defendant-appellee AOL, LLC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, CLEVENGER, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2011        /s/ Jan Horbaly
        Date                         Jan Horbaly
                                          Clerk